UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY HARRIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 07 C 5244 |
| v. | ) | |
| | ) | Judge John W. Darrah |
| SKYTECH ENTERPRISES, LTD., | ) | |
| ASBERY RACKESTRAW, Individually, | ) | |
| BARRY SELDIN, Individually and | ) | |
| ANNA RAKESTRAW, | ) | |

**DEFENDANTS' MOTION TO SUBSTITUTE COUNSEL**

     Pursuant to Rule 83.17 of the Local Rules for the Northern District of Illinois, Defendants, Skytech Enterprises, Ltd., Asbery Rackestraw, and Anna Rakestraw, ("Defendants") respectfully moves this Court to allow Lee Pulliam of Lee Pulliam & Associates to withdraw his appearance as counsel for said Defendants and to allow Stuart J. Chanen of Katten Muchin Rosenman to file his appearance as counsel for said Defendants. The appearance form of Stuart J. Chanen is attached hereto as Exhibit A.

Dated: February 23, 2009

                                                               By:   s/Stuart J. Chanen
                                                                     Stuart J. Chanen
                                                                     Katten Muchin Rosenmam LLP
                                                                     525 W. Monroe Street
                                                                     Chicago, IL 60661
                                                                     312-902-5200
                                                                     Attorneys for Defendants

                                                               By:   s/Lee Pulliam
                                                                     Lee Pulliam
                                                                     Lee Pulliam & Associates
                                                                     70 East Lake Street, Suite 200
                                                                     Chicago, IL 60601
                                                                     312-759-8800
                                                                     Attorney for Defendants:

/50522427